IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CRYE PRECISION LLC, <br><br> Plaintiff, <br><br> v. <br><br> THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", <br><br> Defendants. | Case No. 25-cv-13256 <br><br> **Judge Matthew F. Kennelly** <br><br> **Magistrate Judge Gabriel A. Fuentes** |

## NOTICE OF DISMISSAL UNDER RULE 41(a)(1)

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Crye Precision LLC ("Plaintiff") hereby dismisses this action as to the following Defendants:

| Defendant Name | Line No. |
|---|---|
| Lonloke gear official store | 1 |
| LOONG FLAG CLAN | 2 |
| MEGE KNIGHT Official Store | 6 |
| Osdream | 9 |
| SHENG XIANG | 17 |
| superdemi | 23 |
| tactical gears | 25 |
| TOPTACPRO | 28 |
| yakyamgi Fall Winter Casual Clothes | 35 |
| sinairsoft2017 | 39 |
| WARGAMEGEAR Flagship store | 44 |
| Round shield luggage | 47 |
| SHENMIGU | 49 |
| Tactical Clothing Factory | 55 |
| weuku | 63 |
| SereneBeautyOasis | 72 |
| YUJING SUPERLIFE | 75 |

| | |
|---|---|
| Dated this 4th day of December 2025. | Respectfully submitted, |
| | /s/ Kahlia R. Halpern |
| | Amy C. Ziegler |
| | Justin R. Gaudio |
| | Kahlia R. Halpern |
| | Madeline B. Halgren |
| | Greer, Burns & Crain, Ltd. |
| | 200 West Madison Street, Suite 2100 |
| | Chicago, Illinois 60606 |
| | 312.360.0080 |
| | 312.360.9315 (facsimile) |
| | aziegler@gbc.law |
| | jgaudio@gbc.law |
| | khalpern@gbc.law |
| | mhalgren@gbc.law |
| | |
| | *Counsel for Plaintiff Crye Precision LLC* |