# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| CRYE PRECISION LLC, | |
| Plaintiff, | Case No. 25-cv-13256 |
| v. | **Judge Matthew F. Kennelly** |
| THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", | **Magistrate Judge Gabriel A. Fuentes** |
| Defendants. | |

## NOTICE OF DISMISSAL UNDER RULE 41(a)(1)

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Crye Precision LLC ("Plaintiff") hereby dismisses this action as to the following Defendant:

| **Defendant Name** | **Line No.** |
|---|---|
| Rosoz | 14 |

With this dismissal, Defendant's Response in Opposition to Plaintiff's Motion for Preliminary Injunction [54] is moot and any deadlines related to this Defendant and Docket No. [54] may be terminated.

| | |
|---|---|
| Dated this 5th day of December 2025. | Respectfully submitted, |
| | /s/ Kahlia R. Halpern |
| | Amy C. Ziegler |
| | Justin R. Gaudio |
| | Kahlia R. Halpern |
| | Madeline B. Halgren |
| | Greer, Burns & Crain, Ltd. |
| | 200 West Madison Street, Suite 2100 |
| | Chicago, Illinois 60606 |
| | 312.360.0080 |
| | 312.360.9315 (facsimile) |
| | aziegler@gbc.law |
| | jgaudio@gbc.law |
| | khalpern@gbc.law |
| | mhalgren@gbc.law |
| | |
| | *Counsel for Plaintiff Crye Precision LLC* |