IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CRYE PRECISION LLC, | |
| Plaintiff, | Case No. 25-cv-13256 |
| v. | **Judge Matthew F. Kennelly** |
| THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", | **Magistrate Judge Gabriel A. Fuentes** |
| Defendants. | |

## NOTICE OF DISMISSAL UNDER RULE 41(a)(1)

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Crye Precision LLC ("Plaintiff") hereby dismisses this action as to the following Defendants:

| Defendant Name | Line No. |
|---|---|
| PEIZX STORE | 11 |
| ROXUN | 15 |
| SIVIGEAR | 19 |
| SOGOYFLA Official Store | 21 |
| TACNEX | 24 |
| Tactical IP | 26 |
| Viperade | 31 |
| OUTDOOR2020 | 38 |
| Wargame World | 43 |
| WESSLECO | 62 |
| Young Marshal Standing | 74 |

Dated this 11th day of December 2025.  Respectfully submitted,

/s/ Kahlia R. Halpern
Amy C. Ziegler
Justin R. Gaudio
Kahlia R. Halpern
Madeline B. Halgren
Greer, Burns & Crain, Ltd.
200 West Madison Street, Suite 2100
Chicago, Illinois 60606
312.360.0080
312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
khalpern@gbc.law
mhalgren@gbc.law

*Counsel for Plaintiff Crye Precision LLC*